IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>    Petitioner,<br><br>vs.<br><br>OMAHA CHINESE CHRISTIAN CHURCH,<br><br>    Respondent. | **8:17CV192**<br><br>**ORDER** |

IT IS ORDERED that on or before October 30, 2017, each party shall file a list of three acceptable "neutral umpires," along with a detailed description of the named umpires' professional qualifications.

The clerk's office shall set a case management deadline for October 31, 2017.

Dated this 18th day of October, 2017.

                                           BY THE COURT:

                                           *s/ Cheryl R. Zwart*
                                           United States Magistrate Judge