IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROTHERHOOD MUTUAL INSURANCE COMPANY,<br><br>Petitioner,<br><br>vs.<br><br>OMAHA CHINESE CHRISTIAN CHURCH,<br><br>Respondent. | 8:17CV192<br><br>ORDER |

On June 6, 2017, Petitioner Brotherhood Mutual Insurance Company filed a Petition to Appoint a Neutral Umpire (Filing No. 1), pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 4-6. On June 30, 2017, Respondent Omaha Chinese Christian Church filed its response to the Petition. (Filing No. 7).

The undersigned magistrate judge held a telephonic conference with the parties on October 18, 2017, and ordered that each party file a list of three acceptable neutral umpires, along with a detailed description of the named umpires' professional qualifications. (Filing No. 16). The court has reviewed the professional qualifications of the candidates provided by each party. (Filing Nos. 15 and 17).

Upon consideration of Joseph A. Yoder's education and training, his decades of engineering and construction experience, his five active professional engineering registrations, and his previous experience as both an appraiser and umpire, the court finds Joseph A. Yoder should be appointed as a neutral umpire for this case.

Accordingly,

IT IS ORDERED:

1) Joseph A. Yoder is appointed as a neutral umpire to act in this case with the same force and effect as if specifically appointed by Petitioner's and Respondent's appraisers.

2) Any objection to this order shall be filed on or before November 20, 2017, in the absence of which this case will be dismissed.

3) The clerk shall set a case management deadline of November 20, 2017.

Dated this 7th day of November, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge